No. 800.  FLORIDA EX REL. QUIGG v. NELSON.  March 11, 1946.  Petition for writ of certiorari to the Supreme Court of Florida denied.  *E. F. P. Brigham* and *Joseph A. Padway* for petitioner.  *J. W. Watson, Jr.* and *John M. Murrell* for respondent.

No. 454.  KRAUSE v. GILL, GENERAL SUPERINTENDENT, ET AL.  March 11, 1946.  Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.  Petitioner *pro se.*  *Solicitor General McGrath* and *Robert S. Erdahl* for respondents.

Nos. 654 and 655.  DELLAR v. SAMUEL GOLDWYN, INC. ET AL.  March 11, 1946.  Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *William F. Hamilton* for petitioner.  *David L. Podell* for respondents.

No. 656.  DUGGAN v. OLSON, WARDEN.  March 11, 1946.  Petition for writ of certiorari to the Supreme Court of Nebraska denied.

Nos. 658 and 659.  GRIERSON v. ASHE, WARDEN, ET AL.  March 11, 1946.  Petition for writs of certiorari to the Supreme Court of Pennsylvania denied.

No. 665.  LANTZ v. RAGEN, WARDEN.  March 11, 1946.  Petition for writ of certiorari to the Circuit Court of Macon County, Illinois, denied.